| FORM B1 | United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Tharp, Steven A. Sr. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>5598 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>274 W 2nd St.<br>Brewster, OH 44613 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Stark | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from addresses listed above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

ξ    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

o    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or section of Bankruptcy Code Under Which** |
|---|---|---|
| ξ Individual(s) | o Railroad | **the Petition is Filed** (Check one box) |
| o Corporation | o Stockbroker | ξ Chapter 7   o Chapter 11   o Chapter 13 |
| o Partnership | o Commodity Broker | o Chapter 9   o Chapter 12 |
| o Other | o Clearing Bank | o Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
| ξ Consumer/Non-Business | o Business | ξ Full Filing fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | o Filing Fee to be paid in installments (Applicable to individ- |
| o Debtor is a small business as defined in 11 U.S.C. § 101 | | uals only) Must attach signed application for the court's |
| o Debtor is and elects to be considered a small business under | | consideration certifying that the debtor is unable to pay |
| 11 U.S.C. § 1121(e) (Optional) | | fee except in installments. Rule 1006(b). See Off Form 3. |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| o Debtor estimates that funds will be available for distribution to unsecured creditors. | |
| o Debtor estimates that, after any exempt property is excluded and administrative expenses<br>paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | o | ξ | o | o | o | o |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ξ | o | o | o | o | o | o | o |

**Estimated Debts**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ξ | o | o | o | o | o | o | o |

| Voluntary Petition | Name of Debtor(s): |
| (This page must be completed and filed in every case.) | Tharp, Steven A. Sr. |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Steven A. Tharp Sr.
_____
Signature of Debtor

X /s/
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
9/22/05
Date

### Signature of Attorney

X /s/ Christine A. Johnson
_____
Signature of Attorney for Debtor(s)
Christine A. Johnson
_____
Printed Name of Attorney for Debtor(s)
Law Office of Christine A. Johnson
_____
Firm Name
4096 Holiday Street NW
_____
Address
Canton, OH  44718
_____

(330) 498-4411
_____
Telephone Number
9/22/05
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chap. 11)

o   Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, U.S.C, and and have explained the relief available under each such chapter.

X /s/ Christine A. Johnson          9/22/05
_____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

o   Yes, and Exhibit C is attached and made a part of this petition.
ξ   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer' sfailure to comply with the provisions of title 11 and the Federal Rules of Bankr. Procedure may result in fines or imprisonment or both 11 USC §110; 18 USC §156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re Tharp, Steven A. Sr.                    ,          Case No. _____

          Debtor                                                                                          (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor' assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor' sliabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 6,655.05 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 9,905.61 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 709.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 34,188.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,539.36 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,455.45 |
| Total Number of Sheets of ALL Schedules™ | | 18 | | | |
| Total Assets™ | | | $ 6,655.05 | | |
| Total Liabilities ™ | | | | $ 44,803.91 | |

AMOUNTS SCHEDULED

FORM B6A
(6/90)

In re Tharp, Steven A. Sr. _____ ,                    Case No _____
                        Debtor                                                         (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W" ,"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real Estate | None | | | |
| | | | Total ™ | 0.00 |

0 _____ continuation sheets attached

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re <u>Tharp, Steven A. Sr.</u>                      ,          Case No. _____
          Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person' sname and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand. | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | National City and Brewster Federal Credit Union | | 5.05 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods. | | 250.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | 0.00 |
| 6. Wearing apparel. | | Wearing apparel. | | 200.00 |
| 7. Furs and jewelry. | X | Miscellaneous Jewelry | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | Life insurance. | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | 0.00 |
| 12. Stock and interests in incorporated and | X | | | 0.00 |

<u>2</u>____ continuation sheets attached

In re Tharp, Steven A. Sr. _____ ,        Case No. _____
　　　　　　　Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY - CONTINUATION PAGE

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| unincorporated businesses. Itemize. | | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | 0.00 |
| 15. Accounts receivable. | X | | | 0.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | Tax refund. | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | 0.00 |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | Personal Injury claim not including pain and suffering. | | 0.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles. | | 2000 Chevrolet Blazer | | 6,000.00 |
| 24. Boats, motors, and accessories. | X | | | 0.00 |
| 25. Aircraft and accessories. | X | | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | X | | | 0.00 |

Total $ [_____]

Sheet no. 1 of 2 continuation sheets

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6B-Cont.
(10/89)

In re <u>Tharp, Steven A. Sr.</u>                    ,          Case No. _____
                          Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY - CONTINUATION PAGE

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | Tools of trade. | | 0.00 |
| 28. Inventory. | X | | | 0.00 |
| 29. Animals. | X | | | 0.00 |
| 30. Crops-growing or harvested. Give particulars. | X | | | 0.00 |
| 31. Farming equipment and implements. | X | | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | X | | | 0.00 |
| | | | Total $ | 6,655.05 |
| | | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | |

Sheet no. <u>2</u> of <u>2</u> continuation sheets

In re T harp, Steven A. Sr. _____ ,     Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

o     11 U.S.C. § 522(b)(1):     Exemption provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

o     11 U.S.C. § 522(b)(2):     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                                  domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                                  portion of the 180-day period than in any other place, and the debtor's interest as tenant by the entirety or
                                  joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand. | R.C. 2329.66(A)(4)(a) | 200.00 | 200.00 |
| National City and Brewster Federal Credit Union | R.C. 2329.66(A)(4)(a) | 5.05 | 5.05 |
| Household goods. | R.C. 2329.66(A)(4)(b) & (c) | 250.00 | 250.00 |
| Wearing apparel. | R.C. 2329.66(A)(3) | 200.00 | 200.00 |
| 2000 Chevrolet Blazer | R.C. 2329.66(A)(2) | 1,000.00 | 6,000.00 |
| 1994 Pontiac Bonneville | R.C. 2329.66(A)(2) | 0.00 | 500.00 |

0_____ continuation sheets attached

In re Tharp, Steven A. Sr. _____ ,          Case No. _____
                    Debtor                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "CODEBTOR," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J, or C."

If the claim is contingent, place an "X" in the column labeled "CONTING." If the claim is unliquidated, place an "X" in the column labeled "UNLIQ." If the claim is disputed, place an "X" in the column labeled "DISPUTED." (You may need to place an "X" in more than one of these three columns.)

Report in total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

o          Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJ or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGING | UNLIQ | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2850082 First Merit Bank POB 148 Akron, OH 44309-0148 | x | | 2000 Chevrolet Blazer <br><br><br> VALUE $        6,000.00 | | | | 9,905.61 | 3,905.61 |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

0___ continuation sheets attached

|  | Subtotal ™ (Total of this page) | $    9,905.61 |
|---|---|---|
|  | Total ™ (Use only on last page) | $    9,905.61 |

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re <u>Tharp, Steven A. Sr.</u>                    ,          Case No. _____
                        Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "CODEBTOR," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J, or C."

      If the claim is contingent, place an "X" in the column labeled "CONTING." If the claim is unliquidated, place an "X" in the column labeled "UNLIQ." If the claim is disputed, place an "X" in the column labeled "DISPUTED." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

o   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

o  **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor' s business ofinancial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

o  **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

o  **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

o  **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

o  **Deposits by individuals**

      Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E
(12/03)

In re Tharp, Steven A. Sr. _____, Case No. _____
            Debtor         (if known)

ξ  **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

ο  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

ο  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

In re Tharp, Steven A. Sr. _____ ,     Case No. _____
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Alimony, maintenance, or support
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G | U N L I Q | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1997DR01433 Kelly E. Tharp c/o Stark County Child Support Enforcement Agency 116 Cleveland Ave., NE Canton, OH  44702 | | | 1997 - child support 0 | | | | 709.82 | 709.82 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1  of 1  sheets attached to Schedule of        Subtotal ™
Creditors Holding Priority Claims                        (Total of this page)    $      709.82
                                                         Total ™
                        (Use only on last page of the completed Schedule E)    $      709.82
                        (Report total also on Summary of Schedules)

FORM B6F (12/03)

In re <u>Tharp, Steven A. Sr.</u> ,         Case No. _____
             Debtor                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of filing of the petition. The complete account number of any account of the debtor has with the creditor useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "CONTING." If the claim is unliquidated, place an "X" in the column labeled "UNLIQ." If the claim is disputed, place an "X" in the column labeled "DISPUTED." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

o Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, or COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 23989337<br>Asset Acceptance<br>POB 2036<br>Warren MI 44090 | | | Misc. | | | | 3,796.36 |
| ACCOUNT NO. 5178052170071225<br>Capital One Bank<br>POB 790216<br>St. Louis MO 63179-0216 | | | Misc. | | | | 3,082.97 |
| ACCOUNT NO. 025757004<br>Credit Bureau of Stark County Inc<br>POB 2714<br>N. Canton OH 44720-0714 | | | Medical | | | | 303.50 |
| | | | | | | Subtotal ™ | $   7,182.83 |
| | | | | | | Total ™ | $ |

<u>4</u>___ continuation sheets attached

(Report total also on Summary of Schedules)

In re Tharp, Steven A. Sr. _____,          Case No. _____
           Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT or COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 025757004<br>Credit Bureau of Stark County Inc<br>POB 2714<br>N. Canton, OH 44720-0714 | | | Medical | | | | 303.50 |
| ACCOUNT NO. 550624109<br>Credit First NA<br>POB 81344<br>Cleveland OH 44188-0344 | | | Misc. | | | | 524.34 |
| ACCOUNT NO.<br>CSAHS-UHHS Canton, Inc.<br>PO Box 951081<br>Cleveland, OH 44193 | | | 2005 | | | | 500.00 |
| ACCOUNT NO.<br>Doctor's Hospital of Stark County<br>POB 901853<br>Cleveland OH 44190-1853 | | | Acct. Nos. 1668520, 1658187, 1659074, 1656607, 1639368, 1602173, 1549556, and 1190411 | | | | 16,213.21 |
| ACCOUNT NO. 16566071<br>Doctors Hospital<br>POB 901853<br>Cleveland, OH 44190-1853 | | | Medical | | | | 14.52 |

Sheet no. 1 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal ™ (Total of this page) | $ 17,555.57 |
| TOTAL ™ (Use only on last page of the completed Schedule E.) | $ |

(Report total also on Summary of Schedules)

In re T harp, Steven A. Sr._____,     Case No. _____
             Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HW J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 16590741<br>Doctors Hospital<br>POB 901853<br>Cleveland, OH 44190-1853 | | | Medical | | | | 3.79 |
| ACCOUNT NO. M1118197<br>EMP of Stark County Ltd<br>POB 714464<br>Columbus, OH 43271-4464 | | | Medical | | | | 186.00 |
| ACCOUNT NO. 131417204<br>Masillon Community Hospital<br>POB 74864<br>Cleveland, OH 44194-4864 | | | Medical | | | | 10.00 |
| ACCOUNT NO.<br>Massillon Health Systems, LLC<br>PO Box 901853<br>Cleveland, OH 44190 | | | 2005 | | | | 500.00 |
| ACCOUNT NO. 11797<br>Modern Health Alternatives<br>276 Federal Ave NW<br>Massillon OH 44647 | | | Acct Nos. 11826 & 11797 | | | | 707.03 |

Sheet no. _2_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ™
(Total of this page)   $   1,406.82

TOTAL ™
(Use only on last page of the completed Schedule E.)   $

(Report total also on Summary of Schedules)

In re Tharp, Steven A. Sr._____,   Case No. _____
         Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT or COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. H02031183110 NCO Financial Systems Inc POB 13570 Philadelphia, PA 19101-3570 | | | Medical | | | | 48.50 |
| ACCOUNT NO. 16590741 Professional Claims Management POB 35276 Canton OH 44735-5276 | | | Medical | | | | 15.15 |
| ACCOUNT NO. 4185864256593557 Providian POB 660487 Dallas TX 75266-0487 | | | Misc. | | | | 730.74 |
| ACCOUNT NO. Radiology and Imaging Service PO Box 931286 Cleveland, OH 44193 | | | 2005 | | | | 500.00 |
| ACCOUNT NO. Radiology Assoc. of Canton, Inc. 3333 Arlington Road Akron, OH 44312 | | | 2005 | | | | 200.00 |

Sheet no. _3_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ™
(Total of this page)   $   1,494.39

TOTAL ™
(Use only on last page of the completed Schedule E.)   $

(Report total also on Summary of Schedules)

In re <u>Tharp, Steven A. Sr.</u>                          ,          Case No. _____
　　　　　　　　　Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, or COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1000509057<br>Speedway SuperAmerica LLC<br>500 Speedway Dr<br>Enon OH 45323 | | | Misc. | | | | 370.67 |
| ACCOUNT NO. 3862917<br>The HMC Group<br>837 Crocker Rd.<br>Westlake OH 44145-1028 | | | Medical | | | | 2,089.20 |
| ACCOUNT NO. 4318255405720376218<br>United Personnel & Adjustment Bureau Inc<br>306 Market Ave. N<br>Suite 1012-1015<br>Canton OH 44702 | | | Medical | | | | 2,000.00 |
| ACCOUNT NO. 2005-CVF-3193<br>Doctor's Hospital<br>c/o Massillon Municipal Court<br>Two James Duncan Plaza<br>Massillon, OH 44646 | | | medical | | | | 2,089.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. <u>4</u> of <u>4</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ™
(Total of this page)  $ 6,548.87

TOTAL ™
(Use only on last page of the completed Schedule E.)  $ 34,188.48

(Report total also on Summary of Schedules)

B6G
(10/89)

In re <u>Tharp, Steven A. Sr.</u>                              ,        Case No. _____
                   Debtor                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

ξ  Check this box if debtor has no executory contacts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

<u>0</u>     continuation sheets attached

B6H
(6/90)

In re Tharp, Steven A. Sr.                                    , Case No. _____
                            Debtor                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

ξ   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

0    continuation sheets attached

FORM B6I
(12/03)

In re T harp, Steven A. Sr. _____ ,     Case No. _____
         Debtor                                           (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Divorced | Courtney Tharp | 17 | Daughter |
| | Cody Tharp | 14 | Son |
| | Chad Tharp | 12 | Son |
| | Rory Gallion | 6 | Son |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | Operator | |
| Name of Employer: | Brewster Dairy Inc. | |
| How long employed | 18 years | |
| Address of Employer: | 675 S. Wabash | |
| | Brewster, OH 44613 | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,345.60 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,345.60 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 535.84 | $ 0.00 |
| b. Insurance | $ 111.86 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: 401(k) ) | $ 158.54 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 806.24 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,539.36 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,539.36 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ 1,539.36        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re T harp, S teven A. S r. _____,     Case No. _____
   Debtor                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

o       Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "S pouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 400.00 |
| Are real estate taxes included? Yes ____ No X ____ | | |
| Is property insurance included? Yes ____ No X ____ | | |
| Utilities Electric and heating fuel | | $ 0.00 |
| Water and sewer | | $ 0.00 |
| Telephone | | $ 50.00 |
| Other | | $ 0.00 |
| Home maintenance (repairs and upkeep) | | $ 0.00 |
| Food | | $ 300.00 |
| Clothing | | $ 50.00 |
| Laundry and dry cleaning | | $ 30.00 |
| Medical and dental expenses | | $ 90.00 |
| Transportation (not including payments) | | $ 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 25.00 |
| Charitable contributions | | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | $ 0.00 |
| Life | | $ 0.00 |
| Health | | $ 0.00 |
| Auto | | $ 119.57 |
| Other | | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | | $ 381.06 |
| Other | | $ 0.00 |
| Other | | $ 0.00 |
| Alimony, maintenance, and support paid to others | | $ 709.82 |
| Payments for support of additional dependents not living at your home | | $ 0.00 |
| Regular expenses from operation of business, profession, or far (attach detailed statement) | | $ 0.00 |
| Other | | $ 0.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 2,455.45 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | | $ 0.00 |
| B. Total projected monthly expenses | | $ 0.00 |
| C. Excess income (A minus B) | | $ 0.00 |
| D. Total amount to be paid into plan each _____ | | $ 0.00 |
| (interval) | | |

Official Form B6-Cont.
(12/03)

In re Tharp, Steven A. Sr. _____.          Case No. _____
                            Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.                (Total shown on summary page plus 1.)

Date _____                    Signature: /s/ Steven A. Tharp Sr. _____
                                                                                                     Debtor

Date _____                    Signature: /s/ _____
                                                                        (Joint Debtor, if any)
                                                          (If joint case, both spouses must sign.)

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                                            (Required by 11 U.S.C. § 110(c).)

_____
_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    _____
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the Tharp, Steven A. Sr. _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.                (Total shown on summary page plus 1.)

Date _____                    Signature: _____

                                                          _____
                                                          **(Print or type name of individual signing on behalf of debtor.)**

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

---

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571**

Form 7
(12/03)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF OHIO

In re: Tharp, Steven A. Sr. _____ ,    Case No. _____
        (Name)                                              (if known)
        Debtor

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

1. Income from employer or operation of business
None - o
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of the calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| SOURCE (if more than one) | AMOUNT |
|---|---|
| 2004 income from Brewster Dairy | $ 32725.00 |
| 2003 income from Brewster Dairy | $ 30805.00 |
| 2002 income from Brewster Dairy | $ 38254.00 |

.
_____

2. Income other than from employment or operation of business

None - ξ

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| SOURCE | AMOUNT |
|---|---|

_____

3a. Payments to creditors

None - ξ

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

_____

3b. -

None - ξ

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

_____

4a. Suits and administrative proceedings, executions, garnishments and attachments

None - ξ

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Marriage debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

.

_____

4b. -

None - ξ

Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

_____

5. Repossessions, foreclosures and returns

None - ξ

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

_____

6a. Assignments and receiverships

None - ξ

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

_____

6b. -

None - ξ

List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

.

_____

## 7. Gifts

None - ξ

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

_____

## 8. Losses

None - ξ

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIBE CIRCUMSTANCES AND, IF LOSS WAS COVER- ED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

_____

## 9. Payments related to debt counseling or bankruptcy

None - o

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DEPSCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Christine A. Johnson 4096 Holiday Street NW Canton, OH 44718 | | 600.00/Atty. Fees |

_____

## 10. Other transfers

None - ξ

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | DATE | DESCRIBE PROPERTY |
|---|---|---|

.

OF TRANSFEREE,                                          TRANSFERRED AND
RELATIONSHIP                                            VALUE RECEIVED
TO DEBTOR

_____

**11. Closed financial accounts**

None - ξ

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

_____

**12. Safe Deposit Boxes**

None - ξ

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS IF ANY | DATE OF TRANSFER OR SURRENDER |
|---|---|---|---|

_____

**13. Setoffs**

None - ξ

List all setoffs made by any creditor, including a bank, against a debt or deposit within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

_____

**14. Property held for another person**

None - ξ

List all property owned by another person that the debtor holds or controls.

.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

_____

**15. Prior address of debtor**

None - ξ

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

_____

**16. Spouses and Former Spouses**

None - ξ

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

_____

**17a. Environmental Information**

None - ξ

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statues or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

-----------------------------------------------------------

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

.

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL<br>UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

_____

**17b. -**

None - ξ

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL<br>UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

_____

**17c. -**

None - ξ

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS<br>OF GOVERNMENTAL<br>UNIT | DOCKET NUMBER<br>DISPOSITION | STATUS OR DISPOSITION |
|---|---|---|

_____

**18a. Nature location and name of business**

None - ξ

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, withing the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, withing the six years immediately preceding the commencement of this case.

| NAME AND<br>ADDRESS | TAXPAYER<br>I.D. NUMBER | NATURE OF<br>BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|

_____

.

18b. -

None - ξ

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

NAME AND ADDRESS

_____

19a. Books, records and financial accounts

None - ξ

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books or account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED

_____

19b. -

None - ξ

List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED

_____

19c. -

None - ξ

List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of debtor. If any of the books or account and records are not available, explain.

NAME AND ADDRESS

.

_____

19d. -

None - ξ

List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.


NAME AND ADDRESS                 DATE ISSUED


_____

20a. Inventories

None - ξ

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF<br>INVENTORY | INVENTORY SUPERVISOR<br>INVENTORY | DOLLAR AMOUNT OF<br><br>(Specify cost, market or<br>other basis) |
| --- | --- | --- |

_____

20b. -

None - ξ

List the name and address of the person having possession of the records of each of the two inventories reported in a., above.


| DATE OF INVENTORY | NAME AND ADDRESSES OF<br>CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

_____

21a. Current Partners, Officers, Directors and Shareholders

None - ξ

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.


| NAME AND ADDRESS | NATURE OF<br>INTEREST | PERCENTAGE OF<br>INTEREST |
| --- | --- | --- |

_____

21b. -

None - ξ

If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

.

| NAME AND ADDRESS | TITLE<br>OF STOCK OWNERSHIP | NATURE AND PERCENTAGE |
|---|---|---|

_____

22a.  Former partners, officers, directors and shareholders
None - ξ
If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

_____

22b.  -
None - ξ
If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME | TITLE | DATE OF TERMINATION |
|---|---|---|

_____

23.  Withdrawals from a partnership or distributions by a corporation
None - ξ
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT<br>RELATIONSHIP<br>TO DEBTOR | DATE AND<br>PURPOSE OF<br>WITHDRAWAL<br>PROPERTY | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF |
|---|---|---|

_____

24.  Tax Consolidation Group
None - ξ
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

.
NAME OF PARENT CORP.          TAXPAYER I.D. NUMBER

_____

25.  Pension Funds

None - ξ

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER I.D. NUMBER

.

*(If completed by an individual or individual and spouse)*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature /s/Steven A. Tharp Sr. _____
                                   of Debtor

Date _____     Signature /s / _____
                                   of Joint Debtor
                                   (if any)

---

*(If completed on behalf of a partnership or corporation)*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature _____

                                   , _____
                                   Print Name and Title

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

19  continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.
                                                          (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____     _____
  Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Form B8 (Official Form 8)
(12/03)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re Tharp, Steven A. Sr. _____ ,          Case No. _____

                Debtor

                                                 Chapter 7 _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a. *Property to Be Surrendered.*

**Description of Property**                        **Creditor's name**

    b. *Property to Be Retained.*                *(Check any applicable statement.)*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2000 Chevrolet Blazer | FirstMerit | X | | X |
| 1994 Pontiac Bonneville | Paid Off | | | |

Date: _____

                                   /s/ Steven A. Tharp Sr. _____
                                   Signature of Debtor

* If prepared by a non-attorney preparer, Form B19 Certification and Signature of Non-Attorney must be attached.

# CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
## (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
_____
_____

Address

Name and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____

   Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 203 - (12/94)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re Tharp, Steven A. Sr.                    ,          Case No. _____

_____Debtor_____

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____600.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ _____300.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____300.00

2. The source of the compensation paid to me was:
    o Debtor          o Other (specify)

3. The source of compensation to be paid to me is:
    o Debtor          o Other (specify)

4. o    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   o    I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. (Other provisions as needed)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

## CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

9/22/05 _____          /s/ Christine A. Johnson _____
_____Date_____                                      Signature of Attorney

Law Office of Christine A. Johnson _____
                                      Name of law firm

---